IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Filed at 4:05 A.M
12/27, 2001
C. Auston
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

APRIL O. DENNIS, et al,

Plaintiffs

vs.                                    NO. 5:01-cv-0260-1(HL)

LUCILLE J. THOMAS, et al,

Defendants

### ORDER OF REMAND

With the consent of all parties it is ordered that this case be, and it is hereby, remanded to the State Court of Bibb County, Georgia. The clerk of this court shall transfer to the Clerk of the State Court of Bibb County, Georgia, all monies being held by this court in this case.

SO ORDERED, this the 27th day of December, 2001.

_____
HUGH LAWSON, JUDGE

ENTERED ON DOCKET
12/28, 2001
Gregory J. Leonard, Clerk
C. Auston
Deputy Clerk

(14)

UNITED STATES DISTRICT COURT
Middle District of Georgia

IN THE MATTER OF                                    No. 5:01-cv-00260

Dennis - plaintiff

v.

American United Life - defendant

Doc. ID No.: 14    -

---

CERTIFICATE OF SERVICE

This is to certify that I have on this date mailed a copy of the attached document to:

    Clifford B. Higgins, Esq.
    P.O. Box 21
    Macon, GA  31202

    Gerald Samuel Burnette, Esq.
    P.O. Box 1033
    Macon, GA  31202


Dated: December 27, 2001


                                    Gregory J. Leonard, CLERK
                                    By

                                    C Auston
                                    Deputy Clerk